RICHARD J. IDELL, ESQ., #069033
OWEN SEITEL, ESQ., #137365
IDELL & SEITEL LLP
The Merchants Exchange Building
465 California Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 986-2400
Facsimile: (415) 392-9259

Attorneys for Plaintiff EMPLOYERWARE, LLC,
a California corporation.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| EMPLOYERWARE, LLC, a California corporation, <br>         Plaintiff, <br> v. <br> LABORLAWCENTER, INC.; AMY TRAN, individually and doing business as LABOR LAW POSTER and LABORLAWCENTER.COM; and DOES 1 THROUGH 1000, INCLUSIVE, <br>         Defendants. | Case No.: C 06 3128 MMC <br><br> STIPULATION AND [PROPOSED] ORDER RE: CONTINUANCE OF HEARING SCHEDULED FOR AUGUST 4, 2006 |

Plaintiff Employerware, LLC, a California corporation, ("Plaintiff") and defendants Laborlawcenter, Inc. and Amy Tran, individually and doing business as Labor Law Poster and Laborlawcenter.com, (collectively, "Defendants") by and through their respective undersigned attorneys, hereby stipulate as follows:

## STIPULATION

A. WHEREAS, the Court conducted a scheduling conference on May 12, 2006 and issued a minute order setting forth the following hearing dates and briefing schedule:

1. June 30, 2006 - Last day for Defendants to file Motion to Change Venue;

2. June 30, 2006 - Last day for Defendants to respond to Plaintiff's Complaint.

3. July 14, 2006 - Last day for Plaintiff to file Opposition to Motion to Change Venue and last day for Defendants to file Opposition to Plaintiff's ex parte application re: Preliminary Injunction.

- 1 -

4  July 21, 2006 - Last day for Defendants to file Reply to Plaintiff's Opposition to Defendants' Motion to Change Venue and last day for Plaintiff to file Reply to Defendants' Opposition to Plaintiff's Ex Parte Application re: Preliminary Injunction

5.  August 4. 2006, 9:00 a.m. - Hearing on Plaintiff's Ex Parte Application re: Preliminary Injunction and hearing on Defendants' proposed Motion for Change of Venue

B. WHEREAS, on June 12. 2006, the parties attended mediation with the Court Appointed Mediator, Nathan Lane. The matter was not settled during this session, but the parties have agreed to conduct a further mediation session with Mr. Lane the week of July 10, 2006.

C WHEREAS, the parties with to continue the hearing on Plaintiffs' Ex Parte Application for a Preliminary Injunction and Defendants' proposed Motion for Change of Venue to September 8, 2006 The parties also wish to extend following filing dates, set forth in the Court's May 12, 2006 order:

1  August 4, 2006 - Last day for Defendants to file Motion to Change Venue;

2.  August 4, 2006 - Last day for Defendants to respond to Plaintiff's Complaint.

3.  August 18, 2006 - Last day for Plaintiff to file Opposition to Motion to Change Venue and last day for Defendants to file Opposition to Plaintiff's ex parte application re: Preliminary Injunction

4.  August 25 - Last day for Defendants to file Reply to Plaintiffs' Opposition to Motion to Change Venue and last day for Plaintiff to file Reply to Defendants' Opposition to Plaintiff's ex parte application re: Preliminary Injunction

**IT IS SO STIPULATED:**

Dated: June _19_, 2006

IDELL & SEITEL LLP

_/s/ Patricia De Fonte_
Patricia De Fonte
Richard J. Idell
Attorneys for Plaintiff Attorneys for Plaintiff
EMPLOYERWARE, LLC

1 | Dated: June 19, 2006     CALLAHAN & BLAINE

_____
Javier Van Oordt
Stephen Edmund Blaine
Attorneys for Defendants LABORLAWCENTER,
INC.; AMY TRAN, individually and doing business
as LABOR LAW POSTER and
LABORLAWCENTER.COM

### [PROPOSED] ORDER

The Court, having considered the stipulation between the parties, and good cause being found, hereby orders the following:

(1) The hearing on Plaintiff's Ex Parte Application for a Preliminary Injunction and Defendants' anticipated Motion to Change Venue is continued from August 4, 2006 to September 8, 2006.

(2) August 4, 2006 is the last day for Defendants to file Motion to Change Venue;

(3) August 4, 2006 is the last day for Defendants to respond to Plaintiff's Complaint.

(4) August 18, 2006 is the last day for Plaintiff to file Opposition to Defendants' Motion to Change Venue and last day for Defendants to file Opposition to Plaintiff's Ex Parte Application re: Preliminary Injunction.

(5) August 25 is the last day for Defendants to file Reply to Plaintiffs' Opposition to Motion to Change Venue and last day for Plaintiff to file Reply to Defendants' Opposition to Plaintiff's ex Ex Parte Application re: Preliminary Injunction.

**PURSUANT TO STIPULATION, IT IS SO ORDERED:**

Dated: June 20, 2006

_____
Honorable Maxine M. Chesney
United States District Court Judge